UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-00261-MCS-RAO** | Date | February 11, 2026 |
| Title | ***Acevedo v. Car Star, Inc.*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)**

The Court ordered Plaintiff Cesar Acevedo to show cause why his Americans with Disabilities Act claim should not be dismissed without prejudice on the basis that Plaintiff lacks standing to prosecute this action. (OSC, ECF No. 13.) Plaintiff did not file a timely response. The Court construes the failure to respond "as a concession that Plaintiff lacks standing to pursue the ADA claim." (OSC 3.)

The Court dismisses the ADA claim without prejudice for lack of standing. The Court declines supplemental jurisdiction over the remaining state law claims. 28 U.S.C. § 1367(c)(3). This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court directs the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**