SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
CESAR ACEVEDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ACEVEDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAR STAR, INC.; ANNOD, LLC; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:26-cv-00261-MCS-RAOx**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff CESAR ACEVEDO ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 23, 2026                **SO. CAL EQUAL ACCESS GROUP**


                                    _/s/ Jason J. Kim_
                                    JASON J. KIM
                                    Attorney for Plaintiff